# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN MONTE<br><br>　　　Plaintiff,<br><br>v.<br><br>7-ELEVEN, INC.<br><br>　　　Defendant. | CIVIL ACTION No. 19-17083<br><br>Hon. Joseph H. Rodriguez<br><br>**ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT OF PLAINTIFF'S FLSA CLAIM** |

**THIS CAUSE** having come before the Court on the Joint Motion to Approve Settlement of Plaintiff's FLSA Claim (Count One of the Amended Complaint (ECF Doc. No. 10)), and the Court being fully advised in the premises, IT IS on this 16th Day of April, 2020 hereby:

**ORDERED AND ADJUDGED** that the settlement between Plaintiff Kevin Monte and Defendant 7-Eleven, Inc. is APPROVED as fair and reasonable, and Count One of the Amended Complaint AGAINST 7-Eleven, Inc. and any claim Plaintiff may have had against 7-Eleven, Inc. under the Fair Labor Standards Act of 1939, as amended, is therefore hereby DISMISSED WITH PREJUDICE. Each party shall bear its own attorney's fees and costs as to Count One.

　　　　　　　　　　　　　　　　　　　　s/ Joseph H. Rodriguez
　　　　　　　　　　　　　　　　　　　　Hon. Joseph H. Rodriguez
　　　　　　　　　　　　　　　　　　　　United States District Judge